AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | RECEIVED 2006 SEP -6 A 9: — |
| NAME OF SERVER (PRINT) | TITLE | |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
    Dept of Corrections, Mont, AL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1 Sept 06
              Date

Signature of Server

4324 Linwood Dr
Address of Server
B'hm, AL 35222

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

James Hickman Holloman

V.

Richard Allen, Alabama Department of Corrections

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:06CV786-MHT

TO: (Name and address of Defendant)

Richard Allen
Alabama Dept. of Corrections

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen Strickland
2320 Arlington Ave.
B'ham, AL 35205

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE 9-1-06