| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Derrick* | ☑ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>BK Derrick | C. Date of Delivery<br>9-6-6 |
| 1. Article Addressed to:<br><br>St. Clair Correctional Facility<br>c/o Ralph Hooks, Warden<br>1000 St. Clair Road<br>Springville, AL 35146 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>1:06cv786 Pet#OP | |
| | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0002 3461 6135 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540