IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

_____

JAMES HICKMAN HOLLOMAN       *

    Petitioner,                              *

    v.                                              *       1:06-CV-786-MHT

RICHARD ALLEN, *et al.*,             *

    Respondents.                          *

_____

**ORDER ON MOTION**

Upon consideration of Respondents' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Respondents' motion (Doc. No. 7) is GRANTED; and

2. Respondents are GRANTED an extension from September 26, 2006 to October 26, 2006 to file their answer.

Done this 27th day of September, 2006.


                                      /s/Charles S. Coody
                                      CHARLES S. COODY
                                      CHIEF UNITED STATES MAGISTRATE JUDGE