IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2006 OCT 31  A 9: 51

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| JAMES HICKMAN HOLLOMAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| VS. | ) | 1:06-CV-786-MHT |
| | ) | |
| | ) | |
| RICHARD ALLEN, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## SUBMISSION OF EXHIBIT A

Come now the Respondents, by and through the Attorney General of
Alabama, and submit the following:

Exhibit A – 17 Volume Trial Transcript.

Respectfully submitted,

TROY KING, ASB #KIN047
*Attorney General*
By-

*Assistant Attorney General*
Cecil G. Brendle, Jr.
ID #BRE005

SCANNED

PNL 103104

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2006, I served a copy of the

foregoing on counsel for Holloman by placing said copy in the United States mail,

first class, postage prepaid and addressed as follows:

Stephen A. Strickland,
JAFFE, STRICKLAND & DRENNAN, P.C.
2320 Arlington Avenue,
Birmingham, Alabama 35205.

Respectfully submitted,

Cecil G. Brendle, Jr. (CGB005)
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: cbrendle@ago.state.al.us

198292/99318-001

EXHIBITS

TO THIS DOCUMENT

ARE NOT SCANNED.

THEY ARE FILED

IN CONVENTIONAL FORMAT

AND AVAILABLE FOR VIEWING

IN THE CLERK'S OFFICE.